

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00002-CV

South Texas Crane Service, Inc., Sandra Joyce Vaught, Jerry Young, Thomas Randall Young, TRY Equipment Rentals LLC, and Young Heavy Haul, Inc.

v.

Commercial Credit Group Inc.

On Appeal from the
267th District Court of Victoria County, Texas
Trial Court Cause No. 22-07-88794-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 16, 2023